**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BRUCE BARCLAY )<br><br>        Plaintiff, )<br><br>    v. )<br><br>TRANS UNION, LLC, *et al.*, )<br><br>        Defendants. )<br>_____ ) | Civil Case No. 1:14-CV-1200-LO-JFA |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSES**
**TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 33 of the Federal Rules Civil Procedure and Local Civil Rule 26(C) of the United States District Court for the Eastern District of Virginia, Defendant Experian Information Solutions, Inc. ("Experian") provides the following responses to Plaintiff's First Requests for Production of Documents.

**PRELIMINARY STATEMENT**

Although Experian has made a diligent and good faith effort to obtain the information with which to respond to Plaintiff's Requests for Production, discovery in this matter is ongoing and as such, additional information may be obtained which might affect the responses herein. Moreover, Experian has not yet completed its own investigation of this matter. Accordingly, all of the following responses are given without prejudice to and with the express reservation of Experian's right to supplement or modify responses to the extent required by applicable law to incorporate later discovered information, and to rely upon any and all such information and documents at trial or otherwise. Likewise, Experian shall not be prejudiced if any of its present

**REQUEST NO. 21:** All documents related to your procedures for assigning information reported to you to a consumer's file, including the matching procedures and algorithms.

**RESPONSE:** Experian stands on its general and specific objections, served on December 26, 2014. Experian reiterates that it objects to this interrogatory to the extent it seeks confidential, proprietary, and/or trade secret information. Experian further objects to this request to the extent it calls for the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, the right of privacy of any person or entity, or any other applicable privilege or protection. Experian also objects to this request on the ground that it is overly broad and unduly burdensome.

**REQUEST NO. 22:** Produce all consumer complaints (lawsuits or otherwise) you have received in the last four years made or brought against you by consumers based on the alleged inaccuracy of insertion of mixed filed information into a consumers file.

**RESPONSE:** Experian stands on its general and specific objections, served on December 26, 2014. Experian reiterates that this request is overly broad and unduly burdensome.

**REQUEST NO. 23:** Please produce the credit file for the Plaintiff's father, Bruce Barclay, including all original documents placed and any other information therein.

**RESPONSE:** Experian stands on its general and specific objections, served on December 26, 2014. Experian reiterates that it objects to this interrogatory to the extent it seeks confidential information. Experian further objects to this request to the extent it calls for the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, the right of privacy of any person or entity, or any other applicable privilege or

8