FILED
MAR - 6 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRUCE BARCLAY, Plaintiff, v. EXPERIAN INFORMATION SOLUTIONS, INC., Defendant. | Civil Action No. 1:14cv1200 (LO/JFA) |

**ORDER**

On Friday, March 6, 2015, counsel for the parties appeared before the court to present argument on plaintiff's Motion to Compel (Docket no. 25). Recognizing that the defendant failed to file a response to the motion in a timely manner and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Motion to Compel is granted. Defendant Experian Information Solutions, Inc. shall produce all non-privileged documents in response to Request No. 21 and serve a complete response to Interrogatory Nos. 10 and 11 within eleven days of this Order. To the extent defendant withholds any responsive documents or information on the basis of privilege, it must serve a privilege log along with the responses.

Entered this 6th day of March, 2015.

/s/ JFA
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia