

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRUCE BARCLAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 1:14cv1200 (LO/JFA) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC., ) <br> ) <br> Defendant. ) <br> _____) | |

## ORDER

On Friday, March 13, 2015, counsel for the parties appeared before the court to present argument on defendant Experian Information Solutions, Inc.'s Motion to Reconsider and Motion to Extend Time for Filing a Response to Plaintiff's Motion to Compel (Docket no. 39) ("Motion to Reconsider"). Upon consideration of the motion, the memorandum in support (Docket no. 40), plaintiff's opposition (Docket no. 44), and for the reasons stated from the bench, it is hereby

ORDERED that defendant's Motion to Reconsider is denied.

Entered this 13th day of March, 2015.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia